Stouffer Petty Real Estate, Inc., Appellant, *v.* Vesely Company, Appellant.

Argued December 5, 1974. *Allen H. Krause,* for appellant at No. 1147; *Charles J. Romito,* with him *Bernerd A. Buzgon,* and *Davis, Katz, Buzgon & Davis,* for appel-

lant at No. 1210; *Allen H. Krause,* for appellee at No. 1210; *Charles J. Romito,* with him *Bernerd A. Buzgon,* and *Davis, Katz, Buzgon & Davis,* for appellee at No. 1147.

Judgment and order affirmed.

VAN DER VOORT, J., absent.